NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**24-402 consolidated with 24-401, 24-401**


COURTLAND TATUM, SR.

VERSUS

TEREASA DOYLE, ET AL.


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 270,668
HONORABLE LOWELL C. HAZEL, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**SHANNON J. GREMILLION**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Shannon J. Gremillion, Charles G. Fitzgerald, and Guy E. Bradberry, Judges.


**AFFIRMED.**

**Courtland Tatum, Sr.**
**P.O. Box 4830**
**Pineville, LA 71360**
**IN PROPER PERSON**

**Katherine Paine Martin**
**Kaitlyn E. Bourg**
**Porteous, Hainkel & Johnson, LLP**
**200 Beaullieu Dr., Bldg #3A**
**Lafayette, LA 70508**
**(337) 291-2440**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
**State Farm Mutual Automobile Insurance Company**
**Tereasa Doyle**

**Paul M. Lafleur**
**Stafford, Stewart & Potter**
**3112 Jackson Street**
**Alexandria, LA 71301**
**(337) 487-4910**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
**State Farm Mutual Automobile Insurance Company**
**Mark Kinman, III.**
**Cassandra Kinman**

**Brian Thomas Carr**
**Attorney at Law**
**4636 Sanford St. Suite 100**
**Metairie, LA 70006**
**(504) 888-5030**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**James Coohoon**

**Christine Wells**
**Attorney at Law**
**2900 Westfork Dr, Ste 610**
**Baton Rouge, LA 70827-3001**
**(225) 421-2701**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**James Coohoon**

**GREMILLION, Judge.**

For the reasons expressed in *Courtland Tatum, Sr. v. State Farm Mutual Automobile Insurance Company*, 24-401, (La.App. 3 Cir. __/__/25), ___ So.3d ___, the judgment of the trial court is affirmed. All costs of this appeal are taxed to Plaintiff/Appellant, Courtland Tatum, Sr.

**AFFIRMED.**